**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Third Federal Savings
and Loan Association of Cleveland,

    Plaintiff,

        v.                               Case No.   1:23cv126

Kimberly Khamisi, et al.,

    Defendants.

## JUDGMENT IN A CIVIL CASE

**[ ]**    **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]**    **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: The Court overruled Defendant Khamisi's objections (Doc. 6) and accepted and adopted the R&R (Doc. 4). The Court ordered that Defendant Khamisi's petition for removal (Doc. 1-2) is denied; the improperly removed case will be remanded back to Hamilton County, Ohio Court of Common Pleas; and Defendant Khamisi's motion emergency injunctive relief was denied as moot. The Court certified that an appeal of the Order would not be taken in good faith and thus denied Defendant Khamisi leave to appeal in forma pauperis.

Date: May 10, 2023                         Richard W. Nagel, Clerk
                                                          Clerk

                                    By:    *s/ Krista Zeller*
                                                        Deputy Clerk